IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERICSON ENTERPRISES, INC.
and KAREN J. SATTERFIELD                                      PLAINTIFFS

v.                              NO. 4:07-cv-1059-JLH

GUARANTY BANK f/k/a
GUARANTY FEDERAL BANK, F.S.B., and
FEDERAL DEPOSIT INSURANCE CORPORATION                        DEFENDANTS

## AGREED PROTECTIVE ORDER

To provide adequate protection for proprietary material and personal material entitled to be kept confidential and to ensure that protection is afforded only to material so entitled, on the joint motion and stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.       This matter concerns a piece of property in Little Rock, Arkansas, to which the parties have referred throughout the litigation as the "Warehouse Property." Defendant Federal Deposit Insurance Corporation ("FDIC") commissioned Affiliated Real Estate Appraisers ("Affiliated") to perform an appraisal of the market value of the Warehouse Property. Affiliated compiled an appraisal report (the "Appraisal Report") that contains its conclusions.

2.       Plaintiff Ericson Enterprises, Inc. ("Ericson") has requested a copy of the Appraisal Report. In order to assure confidentiality, FDIC is providing the Appraisal Report for use in this litigation only. Ericson and its counsel shall not use the Appraisal Report or any information contained therein for any purpose other than this litigation, and they shall not

770770-v1

provide the Appraisal Report or any information contained therein to any other individual or entity for any purpose beyond that of the ongoing litigation.

3.   Should Ericson use the Appraisal Report as an exhibit to a pleading or any other document filed with the Court or quote any of its provisions in a pleading or any other document filed with the Court, Ericson shall request the permission of the Court to file any such pleadings or other documents under seal.

4.   Upon the final determination of this action, including the expiration of time for any further appeals, whether by judgment, settlement, or otherwise:

a.   Counsel for Ericson shall return to FDIC the appraisal report and all notes, memoranda, copies, abstracts, excerpts, or other items containing or based on the Appraisal Report within thirty (30) days;

b.   Counsel for Ericson shall confirm in writing that the Appraisal Report, together with all notes, copies, abstracts, memoranda, excerpts, or other items containing or based on the Appraisal Report, have been returned to defendant in accordance with the terms of paragraphs 3.a. and 3.b. above.

5.   The confidentiality obligations imposed by this Order shall remain in effect unless otherwise expressly ordered by the Court.

IT IS HEREBY ORDERED THIS _1st_ day of _August_ 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

APPROVED:


Charles T. Coleman (80030)
Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: gmarts@wlj.com

*Counsel for Federal Deposit Insurance Corporation*


Stephen L. Gershner
DAVIDSON LAW FIRM, LTD.
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, Arkansas 72203
(501) 374-9977

*Counsel for Ericson Enterprises, Inc.*